JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERRY LEE WEAVER,

Plaintiff,

v.

BALFOUR BEATTY
INFRASTRUCTURE, INC., a
corporation and DOES 1-25, inclusive,

Defendants.

Case No.  2:15-cv-08117-ODW-(JCx)

**ORDER ON STIPULATION OF
DISMISSAL WITH PREJUDICE**

**[Fed. R. Civ. P. 41(a)(1)]**

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

1    Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS

2 HEREBY ORDERED that the case *TERRY LEE WEAVER v. BALFOUR BEATTY*

3 *INFRASTRUCTURE, INC., a corporation and DOES 1 through 25, Case No. 2:15-cv-*

4 *08117-ODW-(JCx)* is dismissed with prejudice.   Each party is to bear its own

5 respective fees and costs.   All pending proceedings are vacated and no further

6 proceedings shall take place in this action.

7          **IT IS SO ORDERED.**

8

9

10 Dated: __May 17, 2016

11

12                                        _____
                                          HON. OTIS D. WRIGHT II
13                                        JUDGE OF THE U. S. DISTRICT COURT
                                          CENTRAL DISTRICT OF CALIFORNIA
14
Firmwide:140451858.1 083278.1005
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE